# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CIVIL ACTION NO. 5:24-cv-00455

ROSS BAILEY,
and R&R DELIVERY SERVICE, INC.,

    Defendants.

## ORDER

Pending is Defendants Ross Bailey and R&R Delivery Service, Inc.'s Motion for Stay [Doc. 10], filed September 19, 2024. Defendants seek to stay this matter pending resolution of a parallel criminal action involving substantially similar issues to those alleged in the instant civil action. Inasmuch as the United States does not object [Doc. 12], and in the interests of justice, the Court **GRANTS** the Motion [**Doc. 10**], and **ORDERS** this action be **STAYED** pending resolution of the criminal proceedings in *United States of America v. Ross Jay Bailey*, Criminal Action No. 5:24-cr-00105.

The Court **DIRECTS** the Clerk to transmit a copy of this written opinion and order to counsel of record and any unrepresented party.

                                      ENTER:     September 24, 2024



Frank W. Volk
Chief United States District Judge